


# MARGOLIN, WEINREB & NIERER, LLP

C. LANCE MARGOLIN, ESQ.     ALAN WEINREB, ESQ.     CYNTHIA A. NIERER, ESQ.

January 2, 2024

<u>Via ECF</u>
The Honorable Judge Jessica G. L. Clarke
United States District Court—S.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  <u>Millennium Trust Company, LLC et al. v. 944-948 Realty Corp., et al., 23-CV-4657 (JGLC)</u>

Dear Judge Clarke:

  We represent Plaintiff and Defendants 944-948 Realty Corp., Amiel Ishaky and Anat Itzhaky ("Defendants") in the above-referenced action. Please accept this letter pursuant to Your Honor's December 29, 2023 Order. Pursuant to Your Honor's Individual Rule 3(d), the parties have met to discuss settlement, and are still in the process of determining if a resolution is possible. However, we do not wish to request a settlement conference or mediation at this time, as we desire to attempt to resolve amongst ourselves before involving the court. Additionally, the parties are still in the process of exchanging documents, which will assist in settlement and the case moving forward, should we be unable to settle.

  In light thereof, we respectfully request that we be permitted to file an updated status report regarding settlement and discovery in 30 days. Should we resolve the case sooner, we will advise the Court forthwith. In addition, we also respectfully request that the Case Management Conference scheduled for Thursday, January 4, 2024 at 11:00AM be adjourned for a date after 30 days, at the Court's convenience.

  We thank the Court for its review of our requests.

Respectfully Submitted,

*/s/ Alan H. Weinreb*         */s/ Yoram Silagy*
Alan H. Weinreb          Yoram Silagy
Attorneys for Plaintiff        Attorneys for Defendants

**Application GRANTED. The parties shall file a joint status report by February 2, 2024.** The case management conference is RESCHEDULED from January 4, 2024 to **February 8, 2024** at **3:00 p.m.**

Dated: January 2, 2024     SO ORDERED.    JESSICA G. L. CLARKE
   New York, New York     *Jessica Clarke*    United States District Judge

WE ARE A DEBT COLLECTOR DOND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

165 EILEEN WAY, SUITE 101     SYOSSET, NEW YORK 11791     T. (516) 921-3838     F. (516) 921-3824     WWW.NYFCLAW.COM